# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN G. HOLDER, THE STEVEN HOLDER TRUST, AND THE HOLDER FAMILY LP, a California limited partnership,<br><br>Petitioners,<br><br>- against -<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, a Delaware corporation,<br><br>Respondent. | CASE NO. SACV08-961-JVS(JWJx)<br><br>**ORDER AND JUDGMENT** |

On November 17, 2008, the Court conducted a hearing on Petitioners Steven G. Holder, the Steven Holder Trust, and the Holder Family LP's (collectively, "Holder") Motion to Vacate Arbitration Award and on Respondent and Cross-Petitioner Merrill Lynch, Pierce, Fenner & Smith Incorporated's ("Merrill Lynch") Cross-Motion to Confirm Arbitration Award. On December 12, 2008, the Court issued its written decision granting Merrill Lynch's Cross-Motion and denying Holder's Motion ("Decision") for the reasons stated therein. Therefore, for all the reasons stated in the Decision:

**IT IS ORDERED, ADJUDGED, AND DECREED** that

1. Merrill Lynch's Cross-Motion to Confirm Arbitration Award is GRANTED, and Holder's Motion to Vacate Arbitration Award is DENIED.

2. **IT IS FURTHER ORDERED** that Holder's Petition to Vacate Arbitration Award is DISMISSED.

3. Holder shall take nothing from Merrill Lynch on Holder's Petition to Vacate Arbitration Award and judgment is entered in favor of Merrill Lynch.

Dated: December 24, 2008

_____
The Honorable James V. Selna
United States District Judge

Submitted by:

SIDLEY AUSTIN LLP

By: _____/s/_____
Garrett K. Craig, SBN 190550
T. John Fitzgibbons, SBN 238439
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
(213) 896-6000

-- and--

Andrew W. Stern (admitted pro hac vice)
Nicholas P. Crowell (admitted pro hac vice)
Saima S. Ahmed (admitted pro hac vice)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300

Attorneys for Respondent and Cross-Petitioner Merrill Lynch, Pierce, Fenner & Smith Incorporated